UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28806
    RANDOLPH MORAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3261

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/21/2005 and was confirmed 08/31/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/01/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOC T | CURRENT MORTG | 29600.55 | .00 | 29600.55 |
| CHASE MANHATTAN MTG CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| SHAPIRO & KREISMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| COOK COUNTY TREASURER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 400.00 | 40.10 | 144.44 |
| US BANK NATIONAL ASSOC T | MORTGAGE ARRE | 7094.89 | .00 | 2869.94 |
| ADVOCATE PROFFESIONAL GR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | .00 | .00 | .00 |
| REGIONAL DIAGNOSTICS | UNSEC W/INTER | 286.10 | .00 | .00 |
| TCF BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 660.53 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSEC W/INTER | 769.42 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,694.00 | | 2,694.00 |
| TOM VAUGHN | TRUSTEE | | | 1,844.28 |
| DEBTOR REFUND | REFUND | | | 1,316.40 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 38,509.71 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 32,614.93 |
| INTEREST | | 40.10 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,694.00 |
| TRUSTEE COMPENSATION | | 1,844.28 |
| DEBTOR REFUND | | 1,316.40 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 28806 RANDOLPH MORAN

```
                    ---------------        ---------------
TOTALS                  38,509.71              38,509.71
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/05/07                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE